Stephanie J. ADAMS, Plaintiff—
Appellant,

v.

Michael J. ASTRUE, Commissioner of Social Security, Defendant—
Appellee.

No. 06–2136.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 31, 2007.

Decided: Sept. 12, 2007.

V. Lamar Gudger, III, Gudger & Gudger, P.A., Asheville, North Carolina, for Appellant. Gretchen C.F. Shappert, United States Attorney, Sidney P. Alexander, Assistant United States Attorney, Amy C. Bland, Special Assistant United States Attorney, Robert J. Triba, Chief Regional Counsel, Boston, Massachusetts, for Appellee.

---

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephanie J. Adams appeals the order of the magistrate judge upholding the Commissioner's denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Adams v. Astrue*, No. 1:05–cv–00291 (W.D.N.C. Aug. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*